A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|  |  |  |
|---|---|---|
|  | ) |  |
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
|  | ) |  |
| vs. | ) | CASE NUMBER |
|  | ) |  |
|  | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of  _____  as counsel in this
                          (Attorney's Name)

case for:_____
                 (Name of party or parties)

_____          _____
Date                                      Signature

                                          _____
                                          Print Name
_____
BAR IDENTIFICATION                        _____
                                          Address

                                          _____
                                          City          State          Zip Code

                                          _____
                                          Phone Number

CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2005, I transmitted via United States Mail the foregoing document filed today to:

Mr. Paul Cuomo
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
*Attorney for Professional Consultants Insurance Company, Inc.*

_____/s/_____
Ryan J. Danks
Trial Attorney
United States Department of Justice