UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civil No. 1:05CV01272 |
| ) | |
| v. ) | |
| ) | |
| PROFESSIONAL CONSULTANTS ) | |
| INSURANCE COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

NOTICE

PLEASE TAKE NOTICE that plaintiff and defendant today have jointly filed a proposed Amended Final Judgment, which is in substitution of the proposed Final Judgment attached as Exhibit A to the Stipulation filed by the parties on June 24, 2005, and which the Court may enter at any time after compliance with the terms and conditions of the Stipulation filed by the parties on June 24, 2005.

Respectfully submitted,

FOR PLAINTIFF UNITED STATES OF AMERICA

Dated: July 21, 2005

/s
Weeun Wang
Ryan Danks
Attorneys

Litigation I Section
Antitrust Division
United States Department of Justice
City Center Building
1401 H Street, N.W., Suite 4000
Washington, DC 20530
(202) 307-0001
Facsimile: (202) 307-5802