UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>PROFESSIONAL CONSULTANTS  )<br>INSURANCE COMPANY, INC.,  )<br>  )<br>Defendant.  )<br>  ) | Civil No.: 1:05CV01272<br>Judge: Gladys Kessler |

**DESCRIPTION OF WRITTEN OR ORAL COMMUNICATIONS
CONCERNING THE PROPOSED AMENDED FINAL JUDGMENT IN THIS
ACTION AND CERTIFICATION OF COMPLIANCE UNDER 15 U.S.C. §16(g)
BY PROFESSIONAL CONSULTANTS INSURANCE COMPANY, INC.**

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. §16(g), defendant Professional Consultants Insurance Company, Inc. ("PCIC"), by its attorneys, submit this pleading to describe all written or oral communications by or on behalf of PCIC with any officer or employer of the United States concerning the proposed Amended Final Judgment filed in this action on September 21, 2005. In accordance with Section 2(g), this description excludes any communications "made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone." 15 U.S.C. §16(g).

To the best of PCIC's knowledge, after appropriate inquiry, there have been no written or oral communications by or on behalf of PCIC with any officer or employee of the United States concerning the proposed Amended Final Judgment, except for communications between counsel of record for PCIC listed below and employees of the Department of Justice, Antitrust Division. PCIC, therefore, certifies that the requirements of Section 2(g) have been complied with and that this description of

DM_US\8279043.v1

communications by or on behalf of PCIC and required to be reported under Section 2(g) is true and complete.

Respectfully submitted,

*/s/ Sean F. Boland*

Sean F. Boland (D.C. Bar No.: 249318)
Paul C. Cuomo (D.C. Bar No.: 457793)
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Counsel for Professional Consultants
Insurance Company, Inc.

Dated: November 18, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing DESCRIPTION OF WRITTEN OR ORAL COMMUNICATIONS CONCERNING THE PROPOSED AMENDED FINAL JUDGMENT IN THIS ACTION AND CERTIFICATION OF COMPLIANCE UNDER 15 U.S.C. §16(g) BY PROFESSIONAL CONSULTANTS INSURANCE COMPANY, INC. was electronically filed and served by first-class U.S. mail, postage prepaid, on the 18th day of November, 2005:

Weeun Wang
Ryan Danks
U.S. Department of Justice
1401 H Street, N.W.
Suite 4000
Washington, D.C. 20530

_____
Sean F. Boland

DM_US\8279043.v1