```
Ad # 159229   Name US DEPT OF JUSTICE/ANTI TRUS    Size 60 lines              M0075
Class  815'   PO # PO 5381 Authorized by MAURA LEE   Account 632270
```

PROOF OF PUBLICATION

District of Columbia, ss., Personally appeared before me, a Notary Public in and for the said District, Kate M. Davey well known to me to be Billing Manager of The Washington Post, a daily newspaper published in the City of Washington, District of Columbia, and making oath in due form of law that an advertisement containing the language annexed hereto was published in said newspaper on the dates mentioned in the certificate herein.

I Hereby Certify that the attached advertisement was published in The Washington Post, a daily newspaper, upon the following dates at a cost of $3,702.00, and was circulated in the Washington metropolitan area.

Published 7 times. Dates: Sep 16, 17, 18, 19, 20, 21 and 22, 2005
Account 632270

*[signature: Kate M Davey]*

Witness my hand and official seal this 3 day of OCTOBER 20 05

*[signature: Tuesday T. Bell]*
My commission expires

Tuesday T. Bell
Notary Public, District of Columbia
My Commission Expires 7-31-2009

---

U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
Take notice that a proposed Final Judgment as to Professional Consultants Insurance Company, Inc., has been filed in a civil antitrust case, United States v. Professional Consultants Insurance Company, Inc., Civil Action No. 1:05CV01272. On June 28, 2005, the United States filed a Complaint alleging that Professional Consultants Insurance Company, Inc., violated Section 1 of the Sherman Act, 15 U.S.C. § 1. The proposed Final Judgment, filed the same time as the Complaint, requires Professional Consultants Insurance Company, Inc., to end its illegal information sharing activities and create a program to monitor its compliance with the antitrust laws. A proposed Amended Final Judgment was filed in substitution of, and to correct a drafting error in, the originally filed proposed Final Judgment. A Competitive Impact Statement filed by the United States describes the Complaint, the proposed Amended Final Judgment, the industry, and the remedies available to private litigants who may have been injured by the alleged violation. Copies of the Complaint, proposed Amended Final Judgment and Competitive Impact Statement are available for inspection at the U.S. Department of Justice, Antitrust Division, 325 Seventh Street, N.W., Room 200, Washington, D.C. 20530 and at the Office of the Clerk of the United States District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington, D.C. 20001.
Interested persons may address comments to Mark Botti, Chief, Litigation I Section, Antitrust Division, United States Department of Justice, Suite 4000, 1401 H Street, NW, Washington, D.C., 20530, within 60 days of the date of this notice.

**COMMERCIAL INVOICE and STATEMENT**

# The Washington Post
## washingtonpost.com


| 1 Billing Period | 2 Advertiser/Client Name |
|---|---|
| 09/01/05-09/30/05 | US DEPT OF JUSTICE/ANTI TRUS |

| 23 Total Amount Due | Amount Paid | 3 Terms of Payment |
|---|---|---|
| 8,123.22 | | Payable On Or Before 15th Day After Billing. No Cash Discount |

| 4 Page | 5 Billing Date | 6 Agency Acct No. | 7 Advertiser/Client No. | 21 Current Net Amount | 22 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|---|---|---|---|
| 1 | 09/30/05 | | 632270 | 7,650.80 | 0.00 | 0.00 | 0.00 | 472.42 |

| 8 Billed Account and Address | 9 Remittance Address |
|---|---|
| US DEPT OF JUSTICE/ANTI TRUS<br>ATTN: MAURA LEE<br>950 PENNSYLVANIA AVE NW # 3335<br>WASHINGTON, DC 20530 | THE WASHINGTON POST<br>P.O. BOX 79101<br>BALTIMORE, MD 21279-0101 |

0006322703200509000081232218 11

--- (Detach here and return with remittance) ---

| 10 Date | 11 Newspaper Reference | 12 13 14 Description - Other Comments/Changes | 15 16 SAU Size Billed Units | 17 18 Times Run Rate | 19 Gross Amt | 20 Net Amt |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | 18,118.62 |
| 09/19/2005 | | PAYMENT- WIRE TRANSFER COMM -THANK YOU | | | | (17,646.20) |
| | | | TOTAL PAYMENTS AND OTHER | | | (17,646.20) |
| | | | NET BALANCE FORWARD | | | 472.42 |
| | | CLASSIFIED LIGHTFACE ADVERTISING | | | | |
| 09/15/2005 | S065125/A4254180<br>INV# 13301927 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815<br>AUTH: MAURA LEE<br>P.O. PO 5371 | DLY 2 @ 32 LI | 8.31 | 531.84 | 531.84 |
| 09/16/2005 | S065125/A4254180<br>INV# 13304391 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815<br>AUTH: MAURA LEE<br>P.O. PO 5371 | DLY 2 @ 32 LI | 8.31 | 531.84 | 531.84 |
| 09/17/2005 | S065125/A4254180<br>INV# 13307095 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815<br>AUTH: MAURA LEE<br>P.O. PO 5371 | DLY 2 @ 32 LI | 8.31 | 531.84 | 531.84 |

**Statement of Account Aging of Past Due Amounts**

| 21 Current Net Amount | 22 30 Days | 60 Days | 90 Days | 120 Days | 23 Total Amount Due |
|---|---|---|---|---|---|
| 7,650.80 | 0.00 | 0.00 | 0.00 | 472.42 | 8,123.22 |

# The Washington Post
## washingtonpost.com


1150 15th Street, NW Washington, DC 20071
Invoice Questions
Tel: (202) 334-4875  Fax: (202) 334-4706   e-mail: CUSTACCT@WASHPOST.COM
Tearsheet request:  TEARSHTS@WASHPOST.COM
Not subject to back-up Tax Withholding     Duns #: 3245768    Fed ID #: 53-0182885

| Advertiser Information | | | |
|---|---|---|---|
| 1 Billing Period | 6 Agency Account Number | 7 Advertiser/Client Number | 2 Advertiser/Client Name |
| 09/01/05-09/30/05 | | 632270 | US DEPT OF JUSTICE/ANTI TRUS |



**The Washington Post**
washingtonpost.com
express

| 4 Page | 1 Billing Period | 2 Advertiser/Client Name |
|---|---|---|
| 2 | 09/01/05-09/30/05 | US DEPT OF JUSTICE/ANTI TRUS |

| 6 Agency Account Number | 7 Advertiser/Client Number | 5 Billing Date | 23 Total Amount Due |
|---|---|---|---|
|  | 632270 | 09/30/05 | 8,123.22 |

| Address Change Request |
|---|
|  |

| Comments/Questions |
|---|
|  |

| 10 Date | 11 Newspaper Reference | 12 13 14 Description - Other Comments/Changes | 15/16 SAU Size Billed Units | 17/18 Times Run Rate | 19 Gross Amt | 20 Net Amt |
|---|---|---|---|---|---|---|
| 09/18/2005 | S065125/A4254180 INV# 13311788 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815 AUTH: MAURA LEE P.O. PO 5371 | SUN 2 @ 32 LI | 11.84 | 757.76 | 757.76 |
| 09/19/2005 | S065125/A4254180 INV# 13318359 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815 AUTH: MAURA LEE P.O. PO 5371 | DLY 2 @ 32 LI | 8.31 | 531.84 | 531.84 |
| 09/20/2005 | S065125/A4254180 INV# 13319829 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815 AUTH: MAURA LEE P.O. PO 5371 | DLY 2 @ 32 LI | 8.31 | 531.84 | 531.84 |
| 09/21/2005 | S065125/A4254180 INV# 13321291 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815 AUTH: MAURA LEE P.O. PO 5371 | DLY 2 @ 32 LI | 8.31 | 531.84 | 531.84 |
| 09/16/2005 | S159229/A4256168 INV# 13305104 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815 AUTH: MAURA LEE P.O. PO 5381 | DLY 2 @ 30 LI | 8.31 | 498.60 | 498.60 |
| 09/17/2005 | S159229/A4256168 INV# 13307901 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815 AUTH: MAURA LEE P.O. PO 5381 | DLY 2 @ 30 LI | 8.31 | 498.60 | 498.60 |
| 09/18/2005 | S159229/A4256168 INV# 13312490 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815 AUTH: MAURA LEE P.O. PO 5381 | SUN 2 @ 30 LI | 11.84 | 710.40 | 710.40 |
| 09/19/2005 | S159229/A4256168 INV# 13318532 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815 AUTH: MAURA LEE P.O. PO 5381 | DLY 2 @ 30 LI | 8.31 | 498.60 | 498.60 |
| 09/20/2005 | S159229/A4256168 INV# 13319942 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815 AUTH: MAURA LEE P.O. PO 5381 | DLY 2 @ 30 LI | 8.31 | 498.60 | 498.60 |
| 09/21/2005 | S159229/A4256168 INV# 13321369 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815 AUTH: MAURA LEE P.O. PO 5381 | DLY 2 @ 30 LI | 8.31 | 498.60 | 498.60 |
| 09/22/2005 | S159229/A4256168 INV# 13323348 | U.S. DEPARTMENT OF JUSTICE ANTITRUS/0815 AUTH: MAURA LEE P.O. PO 5381 | DLY 2 @ 30 LI | 8.31 | 498.60 | 498.60 |
|  |  | TOTAL CURRENT AD ACTIVITY |  |  |  | 7,650.80 |
|  |  | TOTAL AMOUNT DUE |  |  |  | 8,123.22 |

# The Washington Post
**washingtonpost.com**



| 1 Billing Period | 2 Advertiser/Client Name |
|---|---|
| 09/01/05-09/30/05 | US DEPT OF JUSTICE/ANTI TRUS |

| 4 Page | 6 Agency Account Number | 7 Advertiser/Client Number | 5 Billing Date | 23 Total Amount Due |
|---|---|---|---|---|
| 3 | | 632270 | 09/30/05 | 8,123.22 |

| 10 Date | 11 Newspaper Reference | 12 13 14 Description - Other Comments/Changes | 15/16 SAU Size Billed Units | 17/18 Times Run Rate | 19 Gross Amt | 20 Net Amt |
|---|---|---|---|---|---|---|
| | CURRENT PERIOD ACTIVITY SUMMARY | | | | | |
| | CLASSIFIED | 14.00 INSERTS | 868.00 | LINES | | |

**The Washington Post**
washingtonpost.com


| 1 | Billing Period | 2 | Advertiser/Client Name |
|---|---|---|---|
|   | 09/01/05-09/30/05 |   | US DEPT OF JUSTICE/ANTI TRUS |

| 4 | Page | 6 | Agency Account Number | 7 | Advertiser/Client Number | 5 | Billing Date | 23 | Total Amount Due |
|---|---|---|---|---|---|---|---|---|---|
|   | 4 |   |   |   | 632270 |   | 09/30/05 |   | 8,123.22 |

### LEGEND

1. **Billing Period**
   "from" "to" dates for this statement

2. **Advertiser/Client Name**
   Name of Advertiser (If Agency, Client Name)

3. **Terms of Payment**
   When payment is due

4. **Page Number**
   Page Number for multi page statements

5. **Billing Date**
   Date statement was prepared

6. **Agency Account Number**
   Newspaper account number
   Corresponding to element 8

7. **Advertiser/Client Number**
   Advertiser Account number corresponding to element 2

8. **Billed Account Name and Address**
   Organization receiving invoice

9. **Remittance Address**
   return payment address

10. **Date**
    Insertion date of ad or transaction date

11. **Newspaper reference**
    Newspaper's Internal reference number

12. **Description, Other Comments**

13. **Product/Service Code**

14. **Other Charges or Credit**
    All information relating to ad including purchase order number detail of all discounts/charges relating to ad

15. **SAU Size**
    Standard Advertising Unit ad size
    (for Classified: single insertion lines)

16. **Billed Units**
    Measurement of ad (columns x depth)
    (for classified: Total lines in ad schedule)

17. **Times Run**
    Number of insert days for this ad

18. **Rate**
    Applicable newspaper assigned rate prior to any discounts or charges

19. **Gross Amount**
    Calculation of ad pricing
    Extension of total billed amount at applicable rate before any discounts

20. **Net Amount**
    Final cost of ad due for advertiser (element 2)

21. **Current Net Amount Due**

22. **Aging of past due balances for advertiser**

23. **Total Amount due**
    Sum of elements 21 and 22

To place a classified ad, please call your sales representative or call (202) 334-6200